

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JUAN ANTONIO GONZALEZ, §  No. 08-14-00293-CR

Appellant, §  Appeal from the

v. §  346th District Court

THE STATE OF TEXAS, §  of El Paso County, Texas

State. §  (TC# 20120D05048)

§

## O R D E R

The Court GRANTS Mary Elizabeth Bonney's third request for an extension of time within which to file the Reporter's Record until **April 11, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mary Elizabeth Bonney, Official Court Reporter for the 346th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before April 11, 2015.

IT IS SO ORDERED this 24th day of February, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.